**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 125 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
CHARLES EDWARD BIBBS, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.